**VERVE LLC, Plaintiff/Counterclaim Defendant–Appellant,**

and

**Raymond M. Galasso and Simon, Galasso & Frantz PLC, Counterclaim Defendants–Appellants,**

and

**Kevin R. Imes, Counterclaim Defendant–Appellant,**

v.

**HYPERCOM CORPORATION, Defendant/Counterclaimant–Cross Appellant.**

No. 2007–1290, 2007–1320, 2007–1345.

United States Court of Appeals, Federal Circuit.

June 11, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**SUN COAST MERCHANDISE CORP. and Dilip Bhavnani, Plaintiffs–Appellees,**

v.

**CCL PRODUCTS ENTERPRISES, INC., CCL Creative Ltd., CCL Products, Ltd., and C.C. & L Company Ltd., Defendants–Appellants.**

No. 2007–1058.

United States Court of Appeals, Federal Circuit.

June 12, 2007.

Before GAJARSA, LINN and PROST, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.